UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KISEAN COLEMAN,<br><br>Defendant. | Case No. MJ23-321<br><br>**DETENTION ORDER** |

The Court, having conducted a detention hearing pursuant to Title 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

(1) Defendant has been charged by complaint with count 4: Unlawful Possession of a Firearm. Defendant has prior criminal convictions for felony offenses included a 2018 King County Superior Court conviction for Discharge Firearm/Weapon Public Place. Defendant has pending 2021 charges in King County Superior Court for Possession of a Stolen Vehicle, Assault First Degree – Deadly Weapon/Force, Robbery First Degree/Display Firearm/Deadly Weapon

DETENTION ORDER - 1

and Firearm Possession. Defendant has a pending 2022 charge in King County Superior Court for Firearm Possession. Defendant physically fought with law enforcement upon being arrested. The Court received information about defendant's personal history, residence, family or community ties, employment history, financial status, health, and substance use. The defendant through his attorney made arguments as to release.

It is therefore **ORDERED**:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 27th day of June, 2023.

PAULA L. MCCANDLIS
United States Magistrate Judge

DETENTION ORDER - 2